## UNITED STATES of America, Plaintiff–Appellee,

v.

## Roy Lee MAGBY, Jr., Defendant–Appellant.

No. 07–14495
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Feb. 11, 2008.

Carol M. Kayser, Office of the United States Attorney, Amy Levin Weil, U.S. Attorney's Office, Atlanta, GA, for Plaintiff–Appellee.

Richard A. Grossman, Atlanta, GA, for Defendant–Appellant.

Before ANDERSON, DUBINA and HULL, Circuit Judges.

PER CURIAM:

Richard A. Grossman, Esq., appointed counsel for Roy Lee Magby, Jr., has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Based on our independent review of the entire record, we concur in counsel's assessment of the relative merits of the appeal. There is no arguable issue of merit; therefore, counsel's motion to withdraw is **GRANTED,**